BERIAH MATHIS, PLAINTIFF IN ERROR, v. SAMUEL B. ROSE, DEFENDANT IN ERROR.

Argued March 14, 1900—Decided June 18, 1900.

On error to the Supreme Court.   For opinion of the Supreme Court, see *ante p.* 45.

For the plaintiff in error, *Clarence L. Cole.*

For the defendant in error, *Robert H. Ingersoll.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Van Syckel.

*For affirmance* — DEPUE (CHIEF JUSTICE), GUMMERE, LUDLOW, COLLINS, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.   9.

*For reversal*—None.